January 12, 2023

Office of Appellate Operations
5107 Leesburg Pike
Falls Church, VA 22041-3255
Commissioner of The Social Security Administration

8:23-CV-99-SDM-TEW

By this means of this writing I come to file a civil Appeal.
My Name is: Nancy Ivette Rodriguez Marrero
My Social Security is ▮▮▮▮▮▮▮▮▮
With address to receive notifications located at 6415 Ridge Crest Dr.
Port Richey Florida 34668

I want to inform that until this date there is no Legal Lewyer that represents my legal accions. (action)

I still want to file a civil action and request a review in the United State District Court.

IFP

## Acts

I have been fighting for four years and denied for four years.
Since September 29, 2021 I had Legal representation by (Lawrence J. Disparti). Who resigned my case on October 7, 2021 It was denied.

I Appealed without a Lawyer and was denied on December 02, 2022 They sent me a letter that, I have (60) days (days) to appeal, to go before The federal District Judge of the United States.

I am requesting a review of my case. Since the appeals Council has Concluded that there is no basis to grant the request for review of this case

## the law

The rules for filing a civil action are found in 4(c) and (i) The federal civil procedures rules.

Without further ado for the moment, creceive my considerations.

Att:
Nancy J. Rodriguez Morrow
6415 Ridge Crest Dr.
Port Richey Fl 34668
Cel: 737-504-6084